**Steven SPURGEON, Petitioner—Appellant,**

v.

**Robert MOORE, Respondent—Appellee.**

No. 03–35558.

D.C. No. CV–02–984–JCC.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 9, 2004.*

Decided Aug. 16, 2004.

Michael C. Kahrs, Esq., Seattle, WA, for Petitioner–Appellant.

John Joseph Samson, Esq., Christine O. Gregoire, Esq., Office of the Washington Attorney General, Olympia, WA, for Respondent–Appellee.

Appeal from the United States District Court for the Western District of Washington, John C. Coughenour, Chief Judge, Presiding.

Before SCHROEDER, Chief Judge, RAWLINSON and CALLAHAN, Circuit Judges.

MEMORANDUM**

Stephen Spurgeon, a Washington state prisoner, appeals the dismissal of his habeas corpus petition brought under 28 U.S.C. § 2254. He challenges the constitutionality of the statutory scheme that permits the Washington Department of Corrections to deduct, from his wages and other income, money to contribute to the cost of his incarceration. *See* Wash. Rev.Code §§ 72.09.111, 72.09.480. The district court correctly concluded that this claim was not cognizable in a habeas petition. *See* 28 U.S.C. § 2254(a) (a court shall entertain a habeas petition "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or law or treaties of the United States"); *United States v. Thiele,* 314 F.3d 399, 401 (9th Cir.2002) (interpreting 28 U.S.C. § 2255).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

